IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LYNN FRIEDMAN AND KIM PHILLIP FRIEDMAN,  Plaintiffs, | : : : : | Civil Action No. 09-2214 (JBS/JS) |
| v. | : : | |
| BANK OF AMERICA, N.A., fka FLEET BANK, N.A., fka SUMMIT BANK OF NEW JERSEY  Defendants. | : : : : : | **ORDER** |

    This matter having come before the Court upon the motion of Defendant Bank of America, N.A., fka Fleet Bank, N.A., fka Summit Bank of New Jersey ("Defendant" or "Bank of America") to exclude the expert report of Dennis F. Judge [Docket Item 52] and Defendant's motion for summary judgment dismissing the complaint [Docket Item 53]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS this   **26th**   day of **March, 2012** hereby

    ORDERED that the Defendant's motion for summary judgment is GRANTED and the Plaintiffs' complaint is dismissed with prejudice; and it is

    ORDERED that the Defendant's motion to preclude Plaintiff's expert report is DISMISSED AS MOOT; and it is further

ORDERED that the Clerk of Court shall cause this case to be closed upon the Docket.

        **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge