```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| LYNN FRIEDMAN AND KIM PHILLIP FRIEDMAN,<br><br>              Plaintiffs,<br><br>     v.<br><br>BANK OF AMERICA, N.A. f/k/a FLEET BANK, N.A. f/k/a SUMMIT BANK OF NEW JERSEY,<br><br>              Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Civil No. 09-2214 (JBS/JS)<br><br>**ORDER** |

   This matter having come before the Court upon Plaintiffs Lynn Friedman and Kim Phillip Friedman's motion to amend or alter judgment pursuant to Fed. R. Civ. P. 59(e) [Docket Item 70]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Memorandum Opinion of today's date; and for good cause shown;

   IT IS this    **1st**    day of   **August**  , 2012 hereby

   **ORDERED** that the Clerk shall reopen this docket for purposes of entertaining this motion; and it is further

   **ORDERED** that Plaintiffs' motion to amend or reconsider judgment

[Docket Item 70] is hereby **DENIED**; and it is further

**ORDERED** that the Clerk shall close this case upon the docket.

    **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge

2